## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.: **CV 10-3855-DMG**                                                    Date: November 9, 2010

Title:  *In Re: Debtor: Staci B. Haley,  (BK 09-13598-ER; ADV NO. 09-AP-1298-ER; BAP CC 10-1100), John Luckett, appellant  vs. Staci B. Haley, appellee*

**PRESENT:**

**THE HONORABLE  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Yolanda Skipper | N/A |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

| **Attorneys Present for Plaintiff:** | **Attorneys Present for Defendants:** |
|---|---|
| None Present | None Present |

PROCEEDINGS:  **IN CHAMBERS -Order To Show Cause Re: Dismissal for Lack of Prosecution**

IT IS HEREBY ORDERED that appellant show cause in writing on or before **NOVEMBER 22, 2010** why this action should not be dismissed for lack of prosecution.

This order is based upon appellant's failure to file the documents required by Federal Rules of the Bankruptcy Procedures.  Counsel is advised that the following documents must be filed by the date specified above to avoid dismissal.

     _____ Designation of record

     __X__ Statement of issues on appeal

     _____ Notice re reporter's transcript

     _____ No transcript(s) has(have) been filed as ordered

     \_\_\_\_ Appellant's brief & excerpts of record

     \_\_\_\_ Appellee's reply brief & excerpts of record

     \_\_\_\_ Appellant's reply brief

cc:  all counsel
MINUTES FORM 11                                                                                        Initials of Deputy Clerk__YS__
CIVIL - GEN